IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MULTNOMAH UNIVERSITY,        )
        )
        Plaintiff,       )   TC-MD 130521D
        )
        v.       )
        )
MULTNOMAH COUNTY ASSESSOR,   )
        )
        Defendant.     )   **FINAL DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss, filed December 16, 2013, requesting that the Complaint be dismissed.

A case management conference was held on January 13, 2014. The parties discussed Defendant's Motion to Dismiss, alleging that Plaintiff's Complaint was filed more than 90 days after the date Defendant denied exemption for Plaintiff's property identified as Accounts R234031 and R234036. Plaintiff's authorized representative, Russ Lacy, Certified Public Accountant, stated that Plaintiff would file a written response to Defendant's Motion to Dismiss to later than February 13, 2014. As of this date, Plaintiff has not filed a written response nor communicated with the court. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this     day of February 2014.

 

                                  JILL A. TANNER
                                  PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on February 21, 2014. The court filed and entered this document on February 21, 2014.*